FILED
At Albuquerque NM

MAR 28 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 17-834 MCA |
| Plaintiff, ) | |
| ) | 18 U.S.C. §§ 1153 and 2111: Robbery; |
| vs. ) | 18 U.S.C. § 2: Aiding and Abetting. |
| ) | |
| **GILBERT J. ZUNI** and ) | |
| **IMMANUEL A. ZUNI**, ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

On or about July 8, 2016, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendants, **GILBERT J. ZUNI** and **IMMANUEL A. ZUNI**, Indians, by force and violence, and by intimidation, did unlawfully and knowingly take from the person and presence of Jane Doe something of value, belonging to Jane Doe.

In violation of 18 U.S.C. §§ 1153, 2111, and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
03/24/17  11:55AM